# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| KEITH BERNARD SCRUGGS,<br><br>  Plaintiff,<br><br>v.<br><br>ALAN GIRSCH,<br><br>  Defendant. | Civil Action 7:09-CV-82 (HL) |

**ORDER**

The Recommendation (Doc. 20) of United States Magistrate Judge Thomas Q. Langstaff, entered July 12, 2011, is before the Court. No objections to the Recommendation were filed. The Court has reviewed the Recommendation and finds no clear error in the Magistrate Judge's decision. Therefore, the Court accepts and adopts the Recommendation. Defendant's Motion for Summary Judgment (Doc. 15) is granted. The Clerk of Court is directed to close this case.

**SO ORDERED**, this the 8th day of August, 2011.

            *s/ Hugh Lawson*
            **HUGH LAWSON, SENIOR JUDGE**

mbh